## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARTEM STEPANOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-1884 (CJN) |
| ) | |
| BRADLEY SMITH,[1] Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Artem Stepanov hereby gives notice that the above-captioned action is voluntarily dismissed. Defendants United States Department of the Treasury's Office of Foreign Assets Control and its Director, Mr. Bradley Smith, have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: April 17, 2024

    Respectfully submitted,

    /s/ Erich C. Ferrari
    Erich C. Ferrari, Esq.
    Ferrari & Associates
    1455 Pennsylvania Ave., NW
    Suite 400
    Washington, D.C. 20004

---

[1] Bradley Smith, the current Director of the Office of Foreign Assets Control, is automatically substituted for Andrea Gacki pursuant to Fed. R. Civ. P. 25(d).

2

                                        Telephone: (202) 280-6370
                                        Fax: (877) 448-4885
                                        Email: ferrari@falawpc.com
                                        D.C. Bar No. 978253

*Counsel for Plaintiff*